(92 South. 923)

ANDERSON v. STATE. (5 Div. 374.) (Court of Appeals of Alabama. April 18, 1922.) Appeal from Circuit Court, Russell County; J. S. Williams, Judge. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. Appeal dismissed.

———

(92 South. 923)

APPLIN v. STATE. (4 Div. 736.) (Court of Appeals of Alabama. Feb. 7, 1922.) Appeal from Circuit Court, Barbour County; J. S. Williams, Judge. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. Appeal dismissed.

———

(88 South. 923)

ASHFORD v. OLIVER. (8 Div. 643.) (Court of Appeals of Alabama. Feb. 3, 1921.) Appeal from Circuit Court, Limestone County; O. Kyle, Judge. Fred Wall, of Athens, for appellant. W. T. Sanders, of Athens, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

———

(92 South. 923)

ASHLEY v. STATE. (6 Div. 893.) (Court of Appeals of Alabama. Jan. 10, 1922.) Appeal from Circuit Court, Jefferson County; William E. Fort, Judge. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. The record contains no bill of exceptions, and the time for presenting the same has expired. There is no error in the record. Affirmed.

———

(92 South. 923)

BACON v. ROBERTS. (8 Div. 866.) (Court of Appeals of Alabama. Feb. 21, 1922.) Appeal from Circuit Court, Lauderdale County; C. P. Almon, Judge. Mitchell & Hughston, of Florence, for appellee.

SAMFORD, J. Affirmed on certificate.

———

(92 South. 923)

BEAN v. STATE. (8 Div. 846.) (Court of Appeals of Alabama. April 4, 1922.) Appeal from Circuit Court, Jackson County; W. W. Haralson, Judge. Harwell G. Davis, Atty. Gen., for the State.

MERRITT, J. Appeal dismissed.

———

(93 South. 924)

BEARD v. STATE. (1 Div. 442.) (Court of Appeals of Alabama. May 16, 1922.) Appeal from Circuit Court, Mobile County; Joel W. Goldsby, Judge. Harwell G. Davis, Atty. Gen., for the State.

MERRITT, J. There is no bill of exceptions, and the time for filing has expired. No error of record. Affirmed.

———

(88 South. 923)

BERG v. STATE. (3 Div. 389.) (Court of Appeals of Alabama. May 31, 1921.) Appeal from Circuit Court, Montgomery County; Leon McCord, Judge. Harwell G. Davis, Atty. Gen., for the State.

MERRITT, J. The appellant filed his petition for habeas corpus before Hon. Leon McCord, judge of the Fifteenth judicial circuit of Alabama, praying for his release from custody. The relief prayed for was denied. That which purports to be a bill of exceptions is set out in full in the record, but appears never to have been signed by the judge hearing the petition. There being no bill of exceptions, there is nothing for this Court to review. The action of the judge, denying relief, is therefore affirmed. Affirmed.

———

(88 South. 923)

BIRMINGHAM TRUSSVILLE IRON CO. v. WILLIAMS. (6 Div. 758.) (Court of Appeals of Alabama. Nov. 9, 1920.) Appeal from Circuit Court, Jefferson County; Dan A. Greene, Judge. Percy, Benners & Burr, of Birmingham, for appellant. Black & Harris, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed by agreement of parties.

———

(88 South. 923)

BITTING v. STANSEL. (7 Div. 652.) (Court of Appeals of Alabama. Jan. 13, 1921.) Appeal from Circuit Court, Calhoun County; Hugh D. Merrill, Judge. Ross Blackmon, of Anniston, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

———

(91 South. 924)

BLACKWELL v. STATE. (6 Div. 848.) (Court of Appeals of Alabama. Jan. 10, 1922.) Appeal from Circuit Court, Walker County; T. L. Sowell, Judge. Harwell G. Davis, Atty. Gen., for the State.

MERRITT, J. Appeal dismissed.

———

(91 South. 924)

BLALACK v. STATE. (1 Div. 417.) (Court of Appeals of Alabama. Nov. 29, 1921. Rehearing Denied Dec. 20, 1921.) Appeal from Circuit Court, Mobile County; C. A. Grayson, Judge. F. K. Hale, Jr., of Mobile, for appellant. Harwell G. Davis, Atty. Gen., for the State.

MERRITT, J. No bill of exceptions in the record, time for presenting one having expired. No error in record. Affirmed.